IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-MJ-2088-JG

| | |
|---|---|
| IN RE: SEIZURE WARRANT FOR BANK OF AMERICA ACCOUNTS 237011763905, 237025336014, 237026903844, 237027279409, 237005851991, 237034389748, 237018033285, 696801736, 291024427892, 291016081314, 291020791292, 291015873691, 291022321563, 291024427892, 237012294884 | ) ) ) ) ) ) ) |

**MOTION TO UNSEAL APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves this Honorable Court to unseal the Application and Affidavit for Seizure Warrant, and all attachments, regarding the above-referenced matter. At this time, all defendants pertaining to the underlying criminal charges have been apprehended, and the named accounts frozen and or seized.

WHEREFORE, the Government moves for an Order unsealing the Application and Affidavit for Seizure Warrant.

1

Respectfully submitted, this 17th day of December, 2018.

>ROBERT J. HIGDON, Jr.
>United States Attorney
>
>BY: *Barbara D. Kocher*
>BARBARA D. KOCHER
>Assistant United States Attorney
>Criminal Division
>310 New Bern Avenue, Suite 800
>Raleigh, North Carolina 27601
>Telephone: 919-856-4530
>Email: barb.kocher@usdoj.gov
>N.C. State Bar No. 16360

# CERTIFICATE OF SERVICE

This is to certify that I have this 17th day of December 2018, served a copy of the foregoing Motion to Unseal Application and Affidavit for Seizure Warrant upon the defendants by filing the foregoing with the Clerk of Court, and will send notification of such filing via mail to the following counsel of record.

**Benjamin F. Leighton**
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
704-331-1000
Fax: 704-331-1159
Email: benleighton@mvalaw.com

**James P. McLoughlin, Jr.**
Moore & Van Allen
100 N. Tryon St., Suite 4700
Charlotte, NC 28202-4003
704-331-1000
Fax: 704-378-2054
Email: jimmcloughlin@mvalaw.com

**Nathan A. White**
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
704-331-3580
Fax: 704-331-5956
Email: nathanwhite@mvalaw.com

1

**Damon John Chetson**
The Chetson Firm, PLLC
19 W. Hargett St., Suite 508
Raleigh, NC 27601
919-352-9411
Fax: 919-249-1396
Email: damon@chetson.com

**Raymond C. Tarlton**
Tarlton Polk, PLLC
Post Office Box 1386
150 Fayetteville Street, Suite 930 (Zip 27601)
Raleigh, NC 27602
919-948-6464
Fax: 919-400-4200
Email: rtarlton@tarltonpolk.com

**James E. Hairston, Jr.**
Hairston Lane Brannon, PA
434 Fayetteville St.
Raleigh, NC 27602
919-838-5295
Fax: 919-838-5299
Email: jhairston@hairstonlane.com

**Robert Julius Lane, III**
Hairston Lane, PA
Two Hanover Square
434 Fayetteville Street, Suite 2350
Raleigh, NC 27601
919-838-5295
Fax: 888-510-1160
Email: rlane@hlbnclaw.com

**Christian Emerson Dysart**
Dysart Willis, PLLC
507 N. Blount Street
Raleigh, NC 27604
919-747-8380
Fax: 919-882-1222
Email: christian@dysartwillis.com

Geoffrey Ryan Willis
Dysart Willis, PLLC
507 N. Blount Street
Raleigh, NC 27604
919-747-8380
Fax: 919-882-1222
Email: ryan@dysartwillis.com

*Barbara D. Kocher*
BARBARA D. KOCHER
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of North Carolina
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Facsimile: 919-856-4828
E-mail: barb.kocher@usdoj.gov
N.C. State Bar #16360

3