AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
BANK OF AMERICA ACCOUNTS 237011763905, 237025336014, 237026903844, 237027279409, 237005851991, 237034389748, 237018033285, 696801736, 291024427892, 291016081314, 291020791292, 291015873691, 291022321563, 291024427892, 237012294884

Case No. 5:18-mj-2088-JG

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __Eastern__ District of __North Carolina__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

See Attachment A

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __19 DEC. 2018__
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to __ANY EDNC MAG. JUDGE__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __5 DEC. 2018 3:15 P.M.__

City and state: __RALEIGH, NC__

*Judge's signature*

James E. Gates, U.S. Magistrate Judge
*Printed name and title*

E001312

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 12/05/2018, 5:51 PM | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/31/2019

*Robert A. Richards Jr.*
*Executing officer's signature*

ROBERT A. RICHARDS JR  SPECIAL AGENT
*Printed name and title*

E001313

ATTACHMENT A

1. The balance of funds in account number 237011763905, (hereinafter "BOA 3905") in the name of Leonid I. Teyf at Bank of America in an amount not to exceed $14,676,108, the proceeds of LEONID I. TEYF's specified unlawful activities that have been deposited into the account;

2. The balance of funds in account number 237025336014, (hereinafter "BOA 6014") in the name of Tatyana A. Teyf at Bank of America in an amount not to exceed $17,924,907, the proceeds of LEONID I. TEYF's specified unlawful activities that have been deposited into the account;

3. The balance of funds in account number 237026903844, (hereinafter "BOA 3844") in the name of Tatyana Teyf Revocable Trust, Tatyana A. Teyf, and Leonid I. Teyf at Bank of America in an amount not to exceed $2,777,022, the proceeds of LEONID I. TEYF's specified unlawful activities that have been deposited into the account;

4. The balance of funds in account number 237027279409, (hereinafter "BOA 9409") in the name of Leonid Teyf Revocable Trust, Leonid I. Teyf, and Tatyana A. Teyf at Bank of America in an amount not to exceed $4,036,952, the

1

E001314

proceeds of LEONID I. TEYF's specified unlawful activities that have been deposited into the account;

5. The balance of funds in account number 237005851991, (hereinafter "BOA 1991") in the name of Leonid I. Teyf at Bank of America in an amount not to exceed $14,939,556, the proceeds of LEONID I. TEYF's specified unlawful activities that have been deposited into the account;

6. The balance of funds in account number 237034389748, (hereinafter "BOA 9748") in the name of Tatyana Teyf at Bank of America in an amount not to exceed $9,000,000, the proceeds of LEONID I. TEYF's specified unlawful activities that have been deposited into the account;

7. The balance of funds in account number 237018033285, (hereinafter "BOA 3285") in the name of Leonid I. Teyf and Tatyana A. Teyf at Bank of America in an amount not to exceed $5,962,121, the proceeds of LEONID I. TEYF's specified unlawful activities that have been deposited into the account;

8. The balance of funds in account number 696801736, (hereinafter "BOA 1736") in the name of New Market Way, LLC, Leonid I. Teyf and Tatyana A. Teyf at Bank of America in an amount not to exceed $1,300,000, the proceeds of LEONID I.

E001315

TEYF's specified unlawful activities that have been deposited into the account;

9. The balance of funds in account numbers 291016081314, (hereinafter "BOA 1314"), (hereinafter "BOA 1292") and 291015873691, (hereinafter "BOA 3691") in the names of CTK Transportation, Inc., Leonid I. Teyf and Alexey Timofeev at Bank of America in an amount not to exceed $30,000, $56,000, and $60,000, respectively, the proceeds of LEONID I. TEYF's specified unlawful activities that have been deposited into the CTK Transportation, Inc. accounts.

10. The balance of funds in account number, 291022321563, (hereinafter "BOA 1563") in the names of CTK Transportation, Inc., Alexey Timofeev, and Tatyana A. Teyf at Bank of America in an amount not to exceed $40,000, the proceeds of LEONID I. TEYF's specified unlawful activities that have been deposited into the account;

11. The balance of funds in account number 291024427892, (hereinafter "BOA 7892") in the name of Alexey Timofeev and Olesya Timofeeva at Bank of America in an amount not to exceed $25,000, the proceeds of LEONID I. TEYF's specified unlawful activities that have been deposited into the account.

12. The balance of funds in account number 237012294884, (hereinafter "BOA 4884") in the name of Alexey

3

E001316

Timofeev and Olesya Timofeeva at Bank of America in an amount not to exceed $267,500, the proceeds of LEONID I. TEYF's specified unlawful activities that have been deposited into the account

# Bank of America

## Fax Cover Sheet

| | |
|---|---|
| To: | CAROLYN RUKUS / MIKE SAYLOR |
| Company: | FBI |
| Telephone Number: | 704-672-6624 / 919-854-5812 |
| Fax Number: | 704-672-6140 / 919-854-5884 |
| Date: | December 19, 2018 |

| | |
|---|---|
| From: | Denise Sandvoss |
| Department: | Legal Order Processing/Special Cases |
| Telephone Number: | 602-523-6118 |
| Fax Number: | 302-525-3078 |
| Number of pages including this cover sheet: | 3 |
| If transmission problems occur, please call: | 602-523-6118 |

Message

The information contained in this FAX message is intended only for the confidential use of the designated recipient named above. This message may contain contractual and proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the message to us by mail.

00-59-0686NSBW Rev 2/3/2016



December 19, 2018

FBI RALEIGH
CAROLYN RUKUS
7915 MICROSOFT WAY
CHARLOTTE NC 28273

Regarding reference number: P120518000285
Case name: Leonid O.I Teyf, Tatyana A Teyf, et al
Case number: 5:18-mj-2088-JG
Customer name: Leonid O.I Teyf, Tatyana A Teyf, et al

## We were served with a(n) NC Seizure Warrant issued in the above referenced case.

## What you need to know

The following account(s) will remain on hold pending further instructions:

| Account title: | Account number ending in: | Amount attached*: |
|---|---|---|
| TATYANA A TEYF POD DARIA L TEYF POD GRIGORY L TEYF POD CAROLINA L TEYF | 9748 | $2,520,044.74 |
| CTK TRANSPORTATION INC | 1292 | $665.00 |
| LEONID TEYF POD GRIGORY L TEYF POD CAROLINA L TEYF | 1991 | $250,023.40 |
| OLESYA TIMOFEEVA | 7892 | $25,000.00 |
| OLESYA TIMOFEEVA | 4884 | $1,038.40 |
| CTK TRANSPORTATION INC | 1314 | $20,323.93 |
| CTK TRANSPORTATION INC | 3691 | $50.00 |
| TATYANA A TEYF | 3285 | $40,879.08 |
| LT REVOCABLE TRUST LEONID TEYF TRTEE TATIANA TEYF TRTEE U/A 09/18/2012 | 9409 | $200.00 |

Form 00-65-5366NSBW W639 V. 09/2016

E001319

| | | |
|---|---|---|
| TT REVOCABLE TRUST TATIANA TEYF TRTEE LEONID TEYF TRTEE U/A 08/29/2012 | 3844 | $200.00 |
| TATYANA A TEYF POD DARIA L TEYF AND GRIGORY L TEYF POD CAROLINA L TEYF | 6014 | $3,515.36 |
| LEONID TEYF POD GRIGORY L TEYF POD CAROLINA L TEYF | 3905 | $40,568.73 |

\*Note: The amount attached may reflect uncollected funds and are subject to change pending the return of deposited items that are unpaid, cashed items which have not yet posted to the account or other items which we're obligated to pay under applicable law, including Federal Reserve Regulation CC and the Uniform Commercial Code.

## What you need to do

Please provide further instructions regarding the NC Seizure Warrant and disbursement of funds and disposition of the account(s). Please mail or fax any additional correspondence to the following:

> Bank of America
> DE5-024-02-08
> P.O. Box 15047
> Wilmington, DE 19850
> Fax number: 302.525.3078

## Questions?

If you have any questions, please call us at 213-580-0702. We're available Monday through Friday 9 a.m. to 5 p.m. local time. When contacting us regarding this notice, please mention the reference number listed above.

Legal Order Processing

E001320